BEFORE THE FIRST DIVISION, APRIL 19, 1965

No. 69248.—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 60/19518 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.